GLENN S. JACKSON *v.* COMMISSIONER
OF CORRECTION
(AC 31241)

Bishop, Harper and Beach, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The appeal is dismissed.

JOSE I. POLANCO *v.* COMMISSIONER
OF CORRECTION
(AC 30885)

Gruendel, Robinson and Alvord, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The appeal is dismissed.

RICHARD BARRETTA, JR., ET AL. *v.* CHRISTOPHER
BARRETTA ET AL.
(AC 31863)

Gruendel, Robinson and Alvord, Js.

Submitted on briefs September 10—officially released October 12, 2010

Per Curiam. The judgment is affirmed.